UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                               )
                                                     )       CASE NO. 12-36068-KRH
Johnny Powell, Jr.                                   CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of **$650.00.**

1. The Attorney has provided services to the Debtor(s) in connection with the filing of the trustee's **motion to dismiss** filed with this Court on **7/22/2013.** A hearing was held on **10/16/2013,** and the motion was withdrawn in open court.

2. The Attorney has provided services to the Debtor(s) in connection with the filing of a **post-confirmation modified plan** filed with this Court on **11/5/2013.**

3. The Attorney has provided services to the Debtor(s) in connection with the filing of a **post-confirmation modified plan** filed with this Court on **9/4/2015.**

4. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

5. The Attorney is the sole provider of legal services to the Debtor(s).

6. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
Fax: (804) 518-5121

Certificate of Service

I certify that I on **8/24/2016,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.     /s/ Richard J. Oulton
                                                                 Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: )
               )    CASE NO. 12-36068-KRH
Johnny Powell, Jr.    CHAPTER 13
Debtor(s)
4500 Millingback Road
Richmond, VA 23224

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any): [9201]

NOTICE OF MOTION

    Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$650.00** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **September 7, 2016 (14 days)** you or your attorney must:

    [X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

        United States Bankruptcy Court
        701 E. Broad Street
        Richmond, VA 23219

    [ ] Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

    [ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

Address of attorney for the Debtor(s):       Richard J. Oulton
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
 Fax: (804) 518-5121

Address of Chapter 13 Trustee:
Suzanne E. Wade, P.O. Box 1780, Richmond, VA 23218-1780

8/24/2016                            /s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
 Fax: (804) 518-5121

PROOF OF SERVICE

I certify that I on **8/24/2016** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Richard J. Oulton

**Parties served:**

Suzanne E. Wade
P. O. Box 1780
Richmond, VA 23218-1780

Johnny Powell, Jr.
Debtor(s)
4500 Millingback Road
Richmond, VA 23224

**NAME AND ADDRESSES OF CREDITORS**

Cach Llc/Square Two Financial
Attention: Bankruptcy
4340 S.Monaco St., 2nd Floor
Denver, CO 80237

Continental Emergency Serivces
PO Box 3475
Toledo, OH 43607-0475

Continental Finance
PO Box 8099
Newark, DE 19714-8099

Continental Finance Ll
121 Continental Dr Ste 1
Newark, DE 19713

Credit One Bank
Po Box 98873
Las Vegas, NV 89193

Dynamic Mobile Imaging
PO Box 17588
Richmond, VA 23226-7588

Eastern Account System
Po Box 837
Newtown, CT 06470

Fast Auto Loans
6150 Midlothian Turnpike
Richmond, VA 23235

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Goodyear/CBNA
PO Box 6497
Sioux Falls, SD 57117

Internal Revenue Service
Insolvency Unit
PO Box 21126
Philadelphia, PA 19114

Jefferson Capital Systems, Llc
PO Box 953185
Saint Louis, MO 63195-3185

Matrix
PO Box 105125
Atlanta, GA 30348

McGuire Apartments, L.P.
c/o Caudle & Caudle PC
3123 W. Broad Street
Richmond, VA 23230

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

NC Dept of Revenue
PO Box 871
Raleigh, NC 27602-0871

New Generations FCU
1700 Robin Hood Rd
Richmond, VA 23220

Online Collections
Attn: Tracy
Po Box 1489
Winterville, NC 28590

Plains Comme
3905 W 49th St.
Sioux Falls, SD 57106

Poplar Springs Hospital
Business Office
350 Poplar Drive
Petersburg, VA 23805

Premier Bankcard/Charter
PO Box 2208
Vacaville, CA 95696

Professional Credit Se
326 S Main St
Emporia, VA 23847

Smith Debnam
PO Box 26268
Raleigh, NC 27611-6268

Virginia Dept. of Taxation
PO Box 2156
Richmond, VA 23218

Virginia South Psychiatric
and Family Services, PC
510 S. Sycamore St., Ste. F
Petersburg, VA 23803-5044

Woodforest National Bank
PO Box 7889
Spring, TX 77387-7889